IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. LONGS II,<br><br>    Plaintiff,<br><br> vs.<br><br>BRADLEY JOHNSON, Lancaster County Jail Director;<br><br>    Defendant. | **4:18CV3148**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff's Motion for Hearing. ([Filing No. 9](#).) Plaintiff filed his Complaint on October 30, 2018, and was given leave to proceed in forma pauperis on November 19, 2018, all while he was incarcerated. Plaintiff filed a change of address on December 7, 2018, indicating that he is no longer incarcerated. (*See* [Filing No. 10](#).) The court has ordered him to file a new motion for leave to proceed in forma pauperis if he wishes to continue pursuing this matter in forma pauperis or, in the alternative, to pay the court's filing fee. ([Filing No. 11](#).)

  Therefore, this case may not progress until Plaintiff files a new motion to proceed in forma pauperis or pays the court's filing fee. Once the question of Plaintiff's authorization to proceed in forma pauperis is resolved, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this review in its normal course of business. Accordingly,

  IT IS ORDERED that Plaintiff's Motion for Hearing ([filing no. 9](#)) is denied.

Dated this 10th day of December, 2018.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge